STATE OF HAWAII, Plaintiff-Appellee, *v.*
RONALD Y. C. DELMONDO, Defendant-Appellant

No. 5299

AUGUST 13, 1973

RICHARDSON, C.J., MARUMOTO, ABE,
LEVINSON AND KOBAYASHI, JJ.

*Per Curiam.* The petition for rehearing is denied
without argument.

Justices Levinson and Marumoto, who dissented from
the majority opinion of the court, do not concur.

*William J. Jenner, Jr.,* Deputy Public Defender
(*Donald Tsukiyama,* Public Defender, with him on the
petition) , for the petition.